lin, Scott, Dowling and Hotchkiss, JJ. (Ingraham, P. J., and Scott, J., dissented.)

Ralph K. Hubbard and Imogene B. Hubbard, Respondents, v. The Ocean Accident and Guarantee Corporation, Limited, of London, England, Appellant.— Order modified as directed in order, and as modified affirmed, without costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

The Equitable Trust Company of New York, Appellant, v. Charles J. Davis, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Caroline W. Frame, Respondent, v. Frederick P. Forster, Appellant, Impleaded with Henry A. Forster, Partners, Doing Business under the Firm Name and Style of Forster & Forster.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Charles I. Menczer and Universal Metal Bed Company, Respondents, v. Jacob J. Melniker and Jacob Lipman, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Charles Furthmann, Appellant, v. Gertrude Furthmann, Respondent.— Order affirmed. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Montreal Engineering Company, Limited, Respondent, v. Alfred H. Post, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Ida May Fuller, Respondent, v. Loew's Consolidated Enterprises, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Rock Island Butter Company, Respondent, v. James Rowland, Appellant.— Appeal dismissed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Rock Island Butter Company, Respondent, v. James Rowland, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

George K. McLeod, Appellant, v. Alfred J. Pritchard, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Thomas H. Meekins, Respondent, v. Robert H. May and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Bertie Hauser, Respondent, v. William J. Hauser, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.